# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED ALONZO MAYO,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY JOHN WETZEL, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 13-CV-1174<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 3rd day of August, 2015, upon review of the Report and Recommendations ("R & R") of Magistrate Judge Carlson (Doc. 52) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The R & R (Doc. 52) is **ADOPTED**.

(2) Defendants' Motion to Dismiss (Doc. 34) is **GRANTED**.

(3) Plaintiff's Amended Complaint (Doc. 10) is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6).

(4) The Clerk of Court is instructed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge